# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-CR-350-LRH-LRL-12 |
| Plaintiff, | **ORDER REGARDING** |
| vs. | **Stipulation to Extend the Deadline for Government's Response to Defendant's § 2255 motion** |
| ANTONIO GIVENS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response deadline is June 22, 2017; and that Givens may file any reply within 10 days of receiving the government's response as regards the supplement (ECF No. 1902) to the motion to vacate (ECF No. 1836).

DATED this 13th day of June, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE