UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:03-cr-00350-LRH-PAL-12 |
|---|---|
| Respondent/Plaintiff, | ORDER |
| v. | |
| ANTONIO GIVENS, | |
| Petitioner/Defendant. | |

Defendant Antonio Givens moves this Court for compassionate release, under 18 U.S.C. § 3582(c)(1)(A). ECF No. 2013. The Government filed an opposition (ECF No. 2018), and the defendant replied (ECF No. 2024). In his motion, Givens provides that with good time credit, his projected release date is April 2, 2021. He also provides that the Bureau of Prisons may release him to a halfway house as early as August 2, 2020, pursuant to 18 U.S.C. § 3624(c)(1). The Court has reviewed Givens status and finds that he is currently residing at RRM (Residential Reentry Management) field office Dallas. Accordingly, the Court finds that extraordinary and compelling reasons do not exist in this case.

IT IS THEREFORE ORDERED that defendant's motion for compassionate release (ECF No. 2013) is **DENIED without prejudice**.

IT IS FURTHER ORDERED that defendant's motion to seal his medical records (ECF No. 2014) is **GRANTED** *nunc pro tunc*.

IT IS SO ORDERED.

DATED this 3rd day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE